# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY LOZANO,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SAN BRUNO, et al.,<br>　　　　Defendants. | Case No. 3:17-cv-02465-CRB<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 37 |

Chief Magistrate Judge Joseph C. Spero having advised the court that the parties have agreed to a settlement of this cause, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice.

Dated: July 31, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge